Fill in this information to identify your case:

Debtor 1: Spencer (First Name) _____ (Middle Name) Shepherd (Last Name)

Debtor 2: _____
(Spouse, if filing) First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 16-902

FILED STRICKER 3/15/16 KO
2016 MAR 10 AM 10: 15
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Rapid Cash 49
Priority Creditor's Name
7330 W. 33rd ST
Number    Street
N Ste 118
Wichita    KS    67205
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? 3/1/10

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $417.00    Priority: $0.00    Nonpriority: $417.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** Allied Collection
Priority Creditor's Name
400 Allied Ct.
Number    Street
Zeeland    MI    49464
City    State    ZIP Code

Last 4 digits of account number 9 2 1 4
When was the debt incurred? 7-1-10

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $____    Priority: $0.00    Nonpriority: $588.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of ___

Debtor 1  **Spencer** **Shepherd**
First Name   Middle Name   Last Name

Case number (if known) _____

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

Priority Creditor's Name: **Radiology Associates**
Number Street: **271 Woodland Pass**
**120 East**
City/State/ZIP: **Lansing MI 48823**

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $_____   Priority: $_____   Nonpriority: $577.00

---

Priority Creditor's Name: **Cash-Pro Inc**
Number Street: **101 Plaza E Blvd #100**
City/State/ZIP: **Evansville IN 47715**

Last 4 digits of account number **0 3 2 8**
When was the debt incurred? **3-1-14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $_____   Priority: $_____   Nonpriority: $505

*[Filed stamp: DANIEL M. LAVILLE, CLERK, U.S. BANKRUPTCY COURT, WEST DIST. OF MICH. 2016 MAR 10 AM 10:15]*

---

Priority Creditor's Name: **Old National Bank**
Number Street: **600 E 96 ST, Ste 400**
City/State/ZIP: **Indianapolis IN 46280**

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $_____   Priority: $_____   Nonpriority: $505

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor 1  **Spencer** _____ **Shepherd** _____   Case number (if known)_____
     First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Nonpriority Creditor's Name: **Killarney Investment**
Number Street: **530 S Capitol Ave**
City State ZIP: **Lansing  MI  48933**

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

$ **2,428.06**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**4.2** Nonpriority Creditor's Name: **Global Payment Check**
Number Street: **PO Box 59371**
City State ZIP: **Chicago  IL  60659**

Last 4 digits of account number **S h e S**
When was the debt incurred? **8-1-2013**

$ **125.00**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**4.3** Nonpriority Creditor's Name: **Arbor Professional SOL**
Number Street: **2090 S Main ST**
City State ZIP: **Ann Arbor  MI  48103**

Last 4 digits of account number **1 3 6**
When was the debt incurred? **10-1-13**

$ **1,352.00**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page ___ of ___

Debtor 1  Spencer _____ Shepherd    Case number (if known) _____
         First Name  Middle Name  Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Rapid Cash 49**
Name
**7330 W 53rd ST**
Number    Street
**Wichita    KS    67205**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Allied Collection**
Name
**400 Allied Ct**
Number    Street
**Zeeland    MI    49464**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9 2 1 4**

---

**Radiology Associates**
Name
**271 Woodland Pass**
Number    Street
**Lansing    MI    48823**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Cash-Pro Inc**
Name
**101 Plaza E Blvd #100**
Number    Street
**Evansville    IN    47715**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0 3 2 8**

---

**Old National Bank**
Name
**1000 E 96 St, Ste 400**
Number    Street
**Indianapolis    IN    46280**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Killarney Investment**
Name
**630 S Capitol Ave**
Number    Street
**Lansing    MI    48933**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Arbor Professional**
Name
**2090 S Main ST**
Number    Street
**Ann Arbor    MI    48103**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2** of (Check one): ❏ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ **1 3 6**

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Debtor 1 _Spencer_ _____ _Shepherd_    Case number (if known)_____
         First Name  Middle Name  Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

- 6a. Domestic support obligations — 6a. $ 0.00
- 6b. Taxes and certain other debts you owe the government — 6b. $ 0.00
- 6c. Claims for death or personal injury while you were intoxicated — 6c. $ 0.00
- 6d. Other. Add all other priority unsecured claims. Write that amount here. — 6d. + $ 0.00
- 6e. Total. Add lines 6a through 6d. — 6e. $ 0.00

**Total claim**

Total claims from Part 2

- 6f. Student loans — 6f. $ 50,000
- 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims — 6g. $ 0.00
- 6h. Debts to pension or profit-sharing plans, and other similar debts — 6h. $ 0.00
- 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. — 6i. + $ 6,497.06
- 6j. Total. Add lines 6f through 6i. — 6j. $ 56,497.06

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

B 6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>111 S. Waverly Rd<br>Lansing Mi 48917<br>Astera Credit Union | | | 2-1-2013 | | | | $833.00 |
| ACCOUNT NO.<br>Lansing Board of<br>water and light<br>218 N 3rd st Kentland<br>IN 47951 | | | 12-1-2015 | | | | $512.00 |
| ACCOUNT NO.<br>Mesa Club Apts<br>P.O. Box 98344<br>Las Vegas NV. 89193 | | | 5-1-2013 | | | | $3,967.00 |
| ACCOUNT NO.<br>Sprint<br>P.O. Box 3097<br>Bloomington IL 61702 | | | 10-1-2015 | | | | $1,484.00 |
| ACCOUNT NO.<br>54B District Court<br>101 Linden St<br>East Lansing, Mi 48823 | | | | | | | $2,200.00 |

Sheet no.____ of ____ continuation sheets attached          Subtotal ➤  $ 8,996.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                            Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



FILED 2016 MAR 10 AM 10:15
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

Mailing Matrix

Astera Credit Union
111 S. Waverly Rd
Lansing Mi 48917

Verizon
P.O. Box 4846
Trenton, NJ 08650

Lansing Board of water and light
218 N 3rd St Kentland In 47951

~~54B~~

54B District Court
101 Linden St
East Lansing Mi 48823

AFNI INC (sprint)
Po Box 3097
Bloomington IL 61702

Vegas Valley Collection (Mesa club Apts)
P.O Box 98344 Las Vegas NV 89193

Fifth Third Bank
6446 S. Cedar St
Lansing Mi 48911

Bank of America
~~124 W Allegan St~~
~~Lansing Mi 48933~~
4530 W Saginaw Hwy
Lansing Mi 48917

Michigan Secretary of State
3315 E. Michigan Ave.
Lansing Mich 48912