UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                                         Case No. GL 16-00902-jtg

SPENCER DeALLEN SHEPHERD,                                          Chapter 7

                          Debtor.                                                 Hon. John T. Gregg
_____/

## ORDER GRANTING ADDITIONAL TIME
## TO PAY REQUISITE FILING FEE

      On March 10, 2016, the court entered its Order Regarding Debtor's Application for Waiver of the Chapter 7 Filing Fee [DN 12]. The Debtor was authorized to pay the filing fee in four installments, with the last installment being due and payable on or before June 24, 2016. The Debtor made no installment payments and the court issued a Statement of Costs for the full amount of $335.00 [DN 22]. On July 22, 2016, the Debtor sent a letter [Dkt. No. 25] (the "Letter") to the court requesting additional time to pay his filing fee. The court has determined that a hearing was unnecessary and has concluded that it is appropriate to grant to the Debtor a further extension of time within which to pay the filing fee.

      NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor may pay the filing fee in installments as follows:

| | |
|---|---|
| $83.75 | on or before August 15, 2016 |
| $83.75 | on or before September 15, 2016 |
| $83.75 | on or before October 15, 2016 |
| $83.75 | on or before November 15, 2016 |

      However, the court encourages payment in full by the end of August, as requested in the Debtor's Letter.

      IT IS FURTHER ORDERED that in the event the Debtor fails to timely pay <u>any</u> installment of his filing fee within the time periods contained herein, cause will exist to dismiss the Chapter 7 bankruptcy case <u>without further notice to the Debtor and without entry of his discharge</u>.

      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon the Debtor; the Chapter 7 Trustee and the Office of the United States Trustee.

[END OF ORDER]

Signed: July 27, 2016




John T. Gregg
United States Bankruptcy Judge